In the Matter of JOHN CARLILE et al., Respondents, v LAUREN WAITE, as Chair of Village of Skaneateles Zoning Board of Appeals, et al., Appellants. [696 NYS2d 920] —Judgment unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Stone, J.). We add only that a CPLR article 78 proceeding is "not the proper vehicle to resolve contractual rights" (*Automated Ticket Sys. v Quinn*, 70 AD2d 726, 727, *mod on other grounds* 49 NY2d 792; *see, Matter of City Constr. Dev. v Commissioner of N. Y. State Off. of Gen. Servs.*, 176 AD2d 1145), and any alleged contract rights or remedies must be asserted in a plenary action. (Appeal from Judgment of Supreme Court, Onondaga County, Stone, J.—CPLR art 78.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.